

50 Fountain Plaza
Suite 1700
Buffalo, NY 14202
**Phone:** 716.853.5100
**Fax:** 716.853.5199
lippes.com

January 2, 2020

<u>VIA ECF</u>
Hon. Ramon E. Reyes, Jr.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Weinberg v. RGS Financial, Inc.* – Case No.: 2:19-cv-05661

Dear Judge Reyes:

Our office is counsel for Defendant RGS Financial, Inc. ("RGS") in the above-referenced action.

On December 4, 2019, the Court issued an Order scheduling a Rule 16 Case Management Conference for January 22, 2020 at 10:00 a.m. Doc. 10. In addition, the Order indicates that a representative of RGS is required to be present in person. *Id*.

While the undersigned's office will be present in person for said Conference, given that RGS's principal place of business is in the Dallas, Texas area and that RGS has sought permission to make a dispositive motion (Doc. 11), RGS respectfully requests that its representative be permitted to appear telephonically for the Conference.

The undersigned has conferred with counsel for Plaintiff, Craig Sanders, Esq., who does not oppose the application on the condition that his client be afforded the same relief.

Thank you for your courtesy and cooperation in this matter.

Very truly yours,

LIPPES MATHIAS WEXLER FRIEDMAN LLP

*/s Brendan H. Little*

Brendan H. Little

BHL/bmo