UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALEXANDER J. WEINBERG, individually
and on behalf of all others similarly situated,     JUDGMENT

                              Plaintiff,      19-CV-05661 (DLI) (RER)

   v.

RGS FINANCIAL, INC.,

                              Defendant.
-----------------------------------------------------------------X

       A Memorandum and Order of the Honorable Dora L. Irizarry, United States District Judge, having been filed on May 17, 2021, granting Defendant's motion for judgment on the pleadings and dismissing this action in its entirety with prejudice; it is

       ORDERED and ADJUDGED that Defendant's motion for judgment on the pleadings is granted; and that this action is dismissed in its entirety with prejudice.

Dated: Brooklyn, New York         Douglas C. Palmer
       May 18, 2021                          Clerk of Court

                              By:   */s/Jalitza Poveda*
                                      Deputy Clerk